Michael J. Nuñez, Esq.
Nevada Bar No. 10703
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
email:  mnunez@murchisonlaw.com

Attorneys for Attorneys for Defendant,
FUJIFILM NORTH AMERICA CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., a Nevada corporation; SILVER STATE WEB, INC., a Nevada corporation; S&S WEB, LLC a Nevada limited liability company; and DIGITAL LIZARD, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FUJIFILM NORTH AMERICA CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO. 2:15-cv-00667-GMN-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE (1) PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; AND (2) DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between Plaintiffs CREEL PRINTING & PUBLISHING CO., INC., SILVER STATE WEB, INC., S&S WEB, LLC and DIGITAL LIZARD, LLC (collectively "Plaintiffs"), through their counsel of record, the law firm of Snell & Wilmer LLP, and Defendant FUJIFILM NORTH AMERICA ("FNAC" or "Defendant"), by and through its counsel of record, the law firm of Murchison & Cumming, LLP., that parties agree to extend

/ / /

/ / /

/ / /

Plaintiffs' Opposition *from its current date of May 7, 2015* to May 21, 2015, a period of two weeks. Parties further agree Defendant's Reply be extended *from its current date of May 14, 2015* to May 28, 2015, a period of two weeks.

**RESPECTFULLY SUBMITTED BY:**

DATED this 30th day of April, 2015.                           DATED this 30th day of April, 2015.

**MURCHISON & CUMMING, LLP.**                      **SNELL & WILMER LLP**

By:   */s/ Michael J. Nuñez*                                        By:   */s/ Sherry Ly*
   Michael J. Nuñez, Esq.                                              Patrick G. Byrne, Esq.
   Nevada Bar No. 10703                                              Nevada Bar No. 7636
   6900 Westcliff Drive, Suite 605                                  Sherry Ly, Esq.
   Las Vegas, Nevada 89145                                         Nevada Bar No. 13529
                                                                               3883 Howard Hughes Pkwy, Ste 1100
   Attorneys for *Defendant*                                          Las Vegas, Nevada 89169

                                                                               Attorneys for *Plaintiffs*

### ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' Opposition to Defendant's Motion to Dismiss will be due on May 21, 2015 and Defendant's Reply will be due on May 28, 2015, as stated above.

**IT IS SO ORDERED** this 1st day of May, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court