Michael J. Nuñez, Esq.
Nevada Bar No. 10703
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
email:  mnunez@murchisonlaw.com

Attorneys for Attorneys for Defendant,
FUJIFILM NORTH AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., a Nevada corporation; SILVER STATE WEB, INC., a Nevada corporation; S&S WEB, LLC a Nevada limited liability company; and DIGITAL LIZARD, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FUJIFILM NORTH AMERICA CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO. 2:15-cv-00667-GMN-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE (1) DEFENDANT'S RESPONSE TO PLAINTIFFS' COUNTERMOTION FOR SUMMARY JUDGMENT; AND (2) PLAINTIFFS' REPLY IN SUPPORT OF THEIR COUNTERMOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between Plaintiffs CREEL PRINTING & PUBLISHING CO., INC., SILVER STATE WEB, INC., S&S WEB, LLC and DIGITAL LIZARD, LLC (collectively "Plaintiffs"), through their counsel of record, the law firm of Snell & Wilmer LLP, and Defendant FUJIFILM NORTH AMERICA ("FNAC" or "Defendant"), by and through its counsel of record, the law firm of Murchison & Cumming, LLP., that parties agree to extend Defendant's Response to and Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment as outlined below:

/ / /

/ / /

1

The current deadlines and extension sought are set forth below:

| | Current Deadline | Extension Sought |
|---|---|---|
| Defendant's Response to Plaintiffs' Countermotion for Summary Judgment | July 15, 2015 | **August 14, 2015** |
| Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment | July 29, 2015 | **August 28, 2015** |

These extensions are requested to allow 30 days for continued settlement talks between the parties prior to the courts ruling on the above motions.

**RESPECTFULLY SUBMITTED BY:**

DATED this 10th day of July, 2015.

**MURCHISON & CUMMING, LLP**

By:   */s/ Michael J. Nuñez*
    Michael J. Nuñez, Esq.
    Nevada Bar No. 10703
    6900 Westcliff Drive, Suite 605
    Las Vegas, Nevada  89145

    Attorneys for *Defendant*

DATED this 10th day of July, 2015.

**SNELL & WILMER LLP**

By:   */s/ Patrick G. Byrne*
    Patrick G. Byrne, Esq.
    Nevada Bar No. 7636
    Sherry Ly, Esq.
    Nevada Bar No. 13529
    3883 Howard Hughes Pkwy, Ste 1100
    Las Vegas, Nevada 89169

    Attorneys for *Plaintiffs*

/ / /

/ / /

/ / /

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that parties agree to extend Defendant's Response to and Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment as outlined below:

The following cut-off dates are extended as follows:

|  | **Extension Sought** |
|---|---|
| Defendant's Opposition to Plaintiffs' Countermotion for Summary Judgment | ***August 14, 2015*** |
| Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment | ***August 29, 2015*** |

**IT IS SO ORDERED** this 14th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court