Michael J. Nuñez, Esq.
Nevada Bar No. 10703
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
email:  mnunez@murchisonlaw.com

Attorneys for Attorneys for Defendant,
FUJIFILM NORTH AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., a Nevada corporation; SILVER STATE WEB, INC., a Nevada corporation; S&S WEB, LLC a Nevada limited liability company; and DIGITAL LIZARD, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FUJIFILM NORTH AMERICA CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO. 2:15-cv-00667-GMN-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE (1) DEFENDANT'S RESPONSE TO PLAINTIFFS' COUNTERMOTION FOR SUMMARY JUDGMENT; AND (2) PLAINTIFFS' REPLY IN SUPPORT OF THEIR COUNTERMOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between Plaintiffs CREEL PRINTING & PUBLISHING CO., INC., SILVER STATE WEB, INC., S&S WEB, LLC and DIGITAL LIZARD, LLC (collectively "Plaintiffs"), through their counsel of record, the law firm of Snell & Wilmer LLP, and Defendant FUJIFILM NORTH AMERICA ("FNAC" or "Defendant"), by and through its counsel of record, the law firm of Murchison & Cumming, LLP., that parties agree to extend Defendant's Response to and Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment as outlined below:

/ / /

/ / /

The current deadlines and extension sought are set forth below:

| | Current Deadline | Extension Sought |
|---|---|---|
| Defendant's Response to Plaintiffs' Countermotion for Summary Judgment | August 14, 2015 | **September 28, 2015** |
| Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment | August 29, 2015 | **October 13, 2015** |

These extensions are requested to allow 45 days for continued settlement talks between the parties prior to the courts ruling on the above motions.

RESPECTFULLY SUBMITTED BY:

DATED this 12th day of August, 2015.          DATED this 12th day of August, 2015.

**MURCHISON & CUMMING, LLP**                              **SNELL & WILMER LLP**

By:   */s/ Michael J. Nuñez*                              By:   */s/ Patrick G. Byrne*
      Michael J. Nuñez, Esq.                                    Patrick G. Byrne, Esq.
      Nevada Bar No. 10703                                      Nevada Bar No. 7636
      6900 Westcliff Drive, Suite 605                           Sherry Ly, Esq.
      Las Vegas, Nevada  89145                                  Nevada Bar No. 13529
                                                                3883 Howard Hughes Pkwy, Ste 1100
      Attorneys for *Defendant*                                 Las Vegas, Nevada 89169

                                                                Attorneys for *Plaintiffs*

/ / /

/ / /

/ / /

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that parties agree to extend Defendant's Response to and Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment as outlined below:

The following cut-off dates are extended as follows:

|  | **Extension Sought** |
|---|---|
| Defendant's Response to Plaintiffs' Countermotion for Summary Judgment | *September 28, 2015* |
| Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment | *October 13, 2015* |

**IT IS SO ORDERED** this 14th day of August, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE