1    Patrick Byrne, Esq.
     Nevada Bar No. 7636
2    Sherry Ly, Esq.
     Nevada Bar No. 13529
3    SNELL & WILMER L.L.P.
     3883 Howard Hughes Parkway, Suite 1100
4    Las Vegas, NV 89169
     Tel.(702) 784-5200
5    Fax. (702) 784-5252
     pbyrne@swlaw.com
6    sly@swlaw.com

7    *Attorneys for Plaintiffs*
     *Creel Printing & Publishing Co., Inc.,*
8    *Silver State Web, Inc., S&S Web, LLC,*
     *and Digital Lizard, LLC*

9

10              **UNITED STATES DISTRICT COURT**

11                **DISTRICT OF NEVADA**

12

13    CREEL PRINTING & PUBLISHING CO.,      CASE NO.:  2:15-cv-00667-GVN-PAL
     INC., a Nevada corporation; SILVER
14    STATE WEB, INC., a Nevada corporation;
     S&S WEB, LLC, a Nevada limited liability
15    company; and DIGITAL LIZARD, LLC, a      **STIPULATION AND ORDER TO STAY**
     Nevada limited liability company,           **LITIGATION PENDING SETTLEMENT**
16

17                Plaintiffs,

18    vs.

19    FUJIFILM NORTH AMERICA
     CORPORATION, a New York corporation,
20
               Defendant.
21

22

23        Plaintiffs CREEL PRINTING & PUBLISHING CO., INC., SILVER STATE WEB, INC.,

24    S&S WEB, LLC and DIGITAL LIZARD, LLC (collectively "Plaintiffs"), through their counsel

25    of record, the law firm of Snell & Wilmer L.L.P., and Defendant FUJIFILM NORTH AMERICA

26    ("FNAC" or "Defendant"), by and through its counsel of record, the law firm of Murchison &

27    Cumming, LLP., hereby notify the Court that they have reached a settlement agreement in

28    principle with respect to the claims asserted in this action.  The parties are finalizing the necessary

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

documents to memorialize their settlement.

Accordingly, the parties stipulate and request that the Court: (1) stay this action until the settlement is memorialized and fully executed; and (2) vacate all briefing deadlines, including Defendant's Response to Plaintiffs' Countermotion for Summary Judgment, and Plaintiffs' Reply in Support of Their Countermotion for Summary Judgment.

Upon memorialization and execution of the settlement agreement, the parties will submit to the Court an appropriate stipulation and order for dismissal with prejudice promptly thereafter.

**RESPECTFULLY SUBMITTED BY:**

DATED this 21st day of January, 2016.

DATED this 21st day of January, 2016.

SNELL & WILMER L.L.P.

MURCHISON & CUMMING, LLP.

By: ___/s/   Patrick G. Byrne_____
    Patrick G. Byrne, Esq.
    Nevada Bar No. 7636
    Sherry Ly, Esq.
    Nevada Bar No. 13529
    3883 Howard Hughes Pkwy, Ste. 1100
    Las Vegas, Nevada 89169
    Attorneys for *Plaintiffs*

By: ___/s/  Michael Nunez_____
    Michael J. Nuñez, Esq.
    Nevada Bar No. 10703
    6900 Westcliff Drive, Suite 605
    Las Vegas, Nevada  89145
    Attorneys for *Defendant*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1

**ORDER**

2

     UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

3

ORDERED, ADJUDGED AND DECREED that all briefing deadlines are vacated and this action

4

shall be stayed pending finalization and execution of a settlement agreement between the parties.

5

Additionally, the Motion to Dismiss (ECF No. 6) filed by Defendant Fujifilm North America

6

Corporation and the Counter Motion for Summary Judgment (ECF No. 20) are **DISMISSED**

7

**without prejudice**.   The parties are granted leave to refile these motions if a settlement

8

agreement is not reached.

9

     **IT IS SO ORDERED** this ____25____ day of ____January____ 2016.

10

11

12

                      _____
                      UNITED STATES DISTRICT COURT JUDGE

13

14

23329125

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
— L.L.P. —
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200