Patrick Byrne, Esq.
Nevada Bar No. 7636
Sherry Ly, Esq.
Nevada Bar No. 13529
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel.(702) 784-5200
Fax. (702) 784-5252
pbyrne@swlaw.com
sly@swlaw.com

*Attorneys for Plaintiffs*
*Creel Printing & Publishing Co., Inc.,*
*Silver State Web, Inc., S&S Web, LLC,*
*and Digital Lizard, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CREEL PRINTING & PUBLISHING CO., INC., a Nevada corporation; SILVER STATE WEB, INC., a Nevada corporation; S&S WEB, LLC, a Nevada limited liability company; and DIGITAL LIZARD, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FUJIFILM NORTH AMERICA CORPORATION, a New York corporation,<br><br>Defendant. | CASE NO.:  2:15-cv-00667-GVN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

Plaintiffs CREEL PRINTING & PUBLISHING CO., INC., SILVER STATE WEB, INC., S&S WEB, LLC and DIGITAL LIZARD, LLC, through their counsel of record, the law firm of Snell & Wilmer L.L.P., and Defendant FUJIFILM NORTH AMERICA, by and through its counsel of record, the law firm of Murchison & Cumming, LLP., have reached a settlement agreement and, in turn, hereby stipulate and agree to dismiss all claims in this action with

1 | prejudice. Each party will bear its own attorneys' fees and costs.

2 | DATED this 19th day of February, 2016.

DATED this 19th day of February, 2016.

SNELL & WILMER L.L.P.

MURCHISON & CUMMING, LLP.

By: /s/ Patrick G. Byrne
    Patrick G. Byrne, Esq.
    Nevada Bar No. 7636
    Sherry Ly, Esq.
    Nevada Bar No. 13529
    3883 Howard Hughes Pkwy, Ste. 1100
    Las Vegas, Nevada 89169
    *Attorneys for Plaintiffs*

By: /s/ Michael Nunez
    Michael J. Nuñez, Esq.
    Nevada Bar No. 10703
    6900 Westcliff Drive, Suite 605
    Las Vegas, Nevada 89145
    *Attorneys for Defendant*

**ORDER**

Based upon the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice, each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED** this __19__ day of __February__ 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:

SNELL & WILMER L.L.P.

/s/ Patrick G. Byrne
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Sherry Ly, Esq.
Nevada Bar No. 13529
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs
Creel Printing & Publishing Co., Inc.,
Silver State Web, Inc., S&S Web, LLC,
and Digital Lizard, LLC*

23543628